NICHOLAS CONTI *v.* ALFRED SISTAKAUSKAS

ALFRED SISTAKAUSKAS *v.* NICHOLAS CONTI
(10119)

NORCOTT, FOTI and DOYLE, Js.

Argued November 6—decision released November 26, 1991

*Bryan F. Meccariello,* for the appellant (defendant in the first case, plaintiff in the second case).

*Kenneth John Laska,* for the appellee (plaintiff in the first case, defendant in the second case).

PER CURIAM. The judgment is affirmed.